**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-7977**

———————————

RONALD B. JACKSON,

Plaintiff - Appellant,

versus

RONALD J. ANGELONE, Director; GENE M. JOHNSON,
Deputy Director; DAVID A. GARRAGHTY, Chief
Warden; K. V. BONNER, Housing Unit Manager; P.
HARRISON, Lieutenant; LAWRENCES, Inmate
Hearings Officer; J. JOHNSON, Sergeant; M. C.
MILLARD, Associate Warden,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   James R. Spencer, District
Judge.  (CA-00-421)

———————————

Submitted:  June 26, 2002          Decided:  August 22, 2002

———————————

Before WILKINS, KING, and GREGORY, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Ronald B. Jackson, Appellant Pro Se.  Mark Ralph Davis, OFFICE OF
THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ronald B. Jackson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. <u>Jackson v. Angelone</u>, No. CA-00-421 (E.D. Va. Oct. 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>